In the Matter of ROBERT B. BERNSTEIN, Appellant, v PAUL J. FEINER, as Town Supervisor of the Town of Greenburgh, et al., Respondents. JAY LEON et al., Intervenors.

Submitted August 18, 2008; decided September 11, 2008

Motion to intervene herein granted.